# UNITED STATES BANKRUPTCY COURT
## Eastern District of New York

*NOTE: All documents filed in this matter must be identified by both adversary and bankruptcy case numbers, case chapter and judge's initials.*

In re: Hypnotic Taxi LLC

Bankruptcy Case No.:
1−15−43300−cec

Citibank, N.A.

Plaintiff(s),

−against−

Adversary Proceeding No.
1−18−01080−cec

East 65th Street Owners LLC
66th Street Unit Owners LLC
Halsey Lane Owners, LLC
Amethyst Realty LLC
Helium Realty LLC
Graphite Realty LLC
Prince Harry Realty LLC
Sulfur Realty LLC
Turquoise Realty LLC
Tiger Eye Realty LLC
Zinc Realty, LLC
Alexandrite Realty Corp.
Almaz Realty Corp.
Bloodstone Realty Corp.
Bull consulting Inc.
Coral Realty Corp.
Denga Realty Corp.
Dylan Realty Corp.
Granat Realty Corp.
Izumrud Realty Corp.
Quartz Realty Corp.
Zemchug Realty Corp.
Zoloto Realty Corp.
Ellen M. Walker and Ethan Gerber as Trustees Under 108 Halsey Street
Irrevocable Residence Trust U/A dated February _, 2013
Ellen M. Walker and Mamed Dzhaniyev as Trustees under 200 East 66th St.
Residence Trust U/A 6/15/08
Ellen M. Walker and Ethan Gerber As Trustees Under 136 East 65th Street
Irrevocable Residence Trust U/A dated October 28, 2010
43−05 Vernon Boulevard, LLC

Defendant(s)

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint, which is attached to this summons, to the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

**Address of Clerk:**

**United States Bankruptcy Court
271−C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**Name and Address of Plaintiff's Attorney:**

**Nathan Schwed**
**Zeichner Ellman & Krause LLP**
**1211 Avenue of the Americas**
**New York, NY 10036**

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Location:<br>United States Bankruptcy Court, 271–C Cadman Plaza East, Courtroom 3529 – 3rd Floor, Brooklyn, NY 11201–1800 | Date and Time:<br>September 18, 2018 at 03:30 PM |
|---|---|

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT, AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: July 25, 2018                                        Robert A. Gavin, Jr., Clerk of the Court

**Summons** [Summons and Notice of Pretrial Conf. rev. 05/27/2016]