# UNITED STATES BANKRUPTCY COURT
## Eastern District of New York

*NOTE: All documents filed in this matter must be identified by both
adversary and bankruptcy case numbers, case chapter and judge's initials.*

In re: Hypnotic Taxi LLC

Bankruptcy Case No.:
1−15−43300−cec

Citibank, N.A.

Plaintiff(s),

Adversary Proceeding No.
1−18−01080−cec

−against−

East 65th Street Owners LLC
66th Street Unit Owners LLC
Halsey Lane Owners, LLC
Amethyst Realty LLC
Helium Realty LLC
Graphite Realty LLC
Prince Harry Realty LLC
Sulfur Realty LLC
Turquoise Realty LLC
Tiger Eye Realty LLC
Zinc Realty, LLC
Alexandrite Realty Corp.
Almaz Realty Corp.
Bloodstone Realty Corp.
Bull consulting Inc.
Coral Realty Corp.
Denga Realty Corp.
Dylan Realty Corp.
Granat Realty Corp.
Izumrud Realty Corp.
Quartz Realty Corp.
Zemchug Realty Corp.
Zoloto Realty Corp.
Ellen M. Walker and Ethan Gerber as Trustees Under 108 Halsey Street
Irrevocable Residence Trust U/A dated February __, 2013
Ellen M. Walker and Mamed Dzhaniyev as Trustees under 200 East 66th St.
Residence Trust U/A 6/15/08
Ellen M. Walker and Ethan Gerber As Trustees Under 136 East 65th Street
Irrevocable Residence Trust U/A dated October 28, 2010
43−05 Vernon Boulevard, LLC

Defendant(s)

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint, which is attached to this summons, to the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| Address of Clerk: |
| --- |
| **United States Bankruptcy Court**<br>**271−C Cadman Plaza East, Suite 1595**<br>**Brooklyn, NY 11201−1800** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney: |
|---|
| **Nathan Schwed**<br>**Zeichner Ellman & Krause LLP**<br>**1211 Avenue of the Americas**<br>**New York, NY 10036** |

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Location:<br>**United States Bankruptcy Court, 271−C Cadman Plaza East, Courtroom 3529 − 3rd Floor, Brooklyn, NY 11201−1800** | Date and Time:<br>**September 18, 2018 at 03:30 PM** |
|---|---|

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT, AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.


Dated: July 25, 2018                          Robert A. Gavin, Jr., Clerk of the Court



**Summons** [Summons and Notice of Pretrial Conf. rev. 05/27/2016]

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  1:18-01080-cec

STATE OF NEW YORK          U.S. BANKRUPTCY COURT

Purchased/Filed: July 25, 2018

EASTERN DISTRICT

*In re: Hypnotic Taxi LLC*
*Citibank, N.A.*

against

*East 65th Street Owners LLC, et al.*

Plaintiff

Defendant

STATE OF NEW YORK
COUNTY OF ALBANY          SS.:

_____James Perone_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____July 26, 2018_____, at __11:45am__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons and Notice of Pretrial Conference in an Adversary Proceeding with First Amended Complaint

on

_____East 65th Street Owners LLC_____, the

Defendant in this action, by delivering to and leaving with _____Nancy Dougherty_____,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __303 Limited Liability Company Law__ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __55-60__  Approx. Wt: __130lbs__  Approx. Ht: __5'3"__

Color of skin: __White__  Hair color: __Black__  Sex: __Female__  Other: _____

Sworn to before me on this

__26th__ day of _____July, 2018_____

SCOTT SCHUSTER
NOTARY PUBLIC, State of New York
NO. 01SC6308636, Albany County
Commission Expires July 28, 2018

James Perone
**Attny's File No.**
Invoice•Work Order # SP1810646

*SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179*

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 1:18-01080-cec                                    Purchased/Filed: July 25, 2018

STATE OF NEW YORK          U.S. BANKRUPTCY COURT                    EASTERN DISTRICT

---

*In re: Hypnotic Taxi LLC*
*Citibank, N.A.*                                                        Plaintiff

against

*East 65th Street Owners LLC, et al.*                                   Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY          SS.:

_____James Perone_____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____July 26, 2018_____ , at ___11:45am___ , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons and Notice of Pretrial Conference in an Adversary Proceeding with First Amended Complaint

on

_____66th Street Unit Owners LLC_____ , the

Defendant in this action, by delivering to and leaving with _____Nancy Dougherty_____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, ___2___ true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of ___40___ dollars; That said service

was made pursuant to Section ___303 Limited Liability Company Law___ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served: Approx. Age: __55-60__ Approx. Wt: __130lbs__ Approx. Ht: __5'3"__

Color of skin: __White__ Hair color: __Black__ Sex: __Female__ Other: _____

Sworn to before me on this

__26th__ day of _____July, 2018_____

SCOTT SCHUSTER
NOTARY PUBLIC, State of New York
NO. 01SC6308636, Albany County
Commission Expires July 28, 2018

                                                James Perone
                                                **Attny's File No.**
                                                Invoice•Work Order # SP1810649

*SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179*

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  1:18-01080-cec                                          Purchased/Filed: July 25, 2018

STATE OF NEW YORK              U.S. BANKRUPTCY COURT                    EASTERN DISTRICT

---

*In re: Hypnotic Taxi LLC*
*Citibank, N.A.*                                                          Plaintiff

against

*East 65th Street Owners LLC, et al.*                                      Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY        SS.:

_____James Perone_____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____July 26, 2018_____ , at __11:45am__ , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons and Notice of Pretrial Conference in an Adversary Proceeding with First Amended Complaint

on

_____Halsey Lane Owners, LLC_____ , the

Defendant in this action, by delivering to and leaving with _____Nancy Dougherty_____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service

was made pursuant to Section __303 Limited Liability Company Law__ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served:  Approx. Age: __55-60__    Approx. Wt: __130lbs__    Approx. Ht: __5'3"__

Color of skin: __White__    Hair color: __Black__    Sex: __Female__    Other: _____

Sworn to before me on this

__26th__ day of _____July, 2018_____

_____                          _____
SCOTT SCHUSTER                                                James Perone
NOTARY PUBLIC, State of New York                              **Attny's File No.**
NO. 01SC6308636, Albany County
Commission Expires July 28, 2018                              Invoice•Work Order # SP1810650

*SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179*

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  1:18-01080-cec                                    Purchased/Filed: July 25, 2018

STATE OF NEW YORK            U.S. BANKRUPTCY COURT                    EASTERN DISTRICT

---

*In re: Hypnotic Taxi LLC*
*Citibank, N.A.*                                                              Plaintiff

against

*East 65th Street Owners LLC, et al.*                                    Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY            SS.:

_____James Perone_____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____July 26, 2018_____ , at __11:45am__ , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons and Notice of Pretrial Conference in an Adversary Proceeding with First Amended Complaint

on

_____Amethyst Realty LLC_____ , the

Defendant in this action, by delivering to and leaving with _____Nancy Dougherty_____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service

was made pursuant to Section __303 Limited Liability Company Law__ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served:  Approx. Age: __55-60__    Approx. Wt: __130lbs__    Approx. Ht: __5'3"__

Color of skin: __White__    Hair color: __Black__    Sex: __Female__    Other: _____

Sworn to before me on this

__26th__ day of _____July, 2018_____

SCOTT SCHUSTER
NOTARY PUBLIC, State of New York
NO. 01SC6308636, Albany County
Commission Expires July 28, 2018

James Perone
**Attny's File No.**
Invoice•Work Order # SP1810651

*SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179*

# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #   1:18-01080-cec                                    Purchased/Filed: July 25, 2018

STATE OF NEW YORK          U.S. BANKRUPTCY COURT                    EASTERN DISTRICT

_In re: Hypnotic Taxi LLC_                                         Plaintiff
_Citibank, N.A._

against

_East 65th Street Owners LLC, et al._                             Defendant

STATE OF NEW YORK
COUNTY OF ALBANY          SS.:

_____ James Perone _____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ July 26, 2018 _____ , at _11:45am_ , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons and Notice of Pretrial Conference in an Adversary Proceeding with First Amended Complaint

on

_____ Helium Realty LLC _____ , the

Defendant in this action, by delivering to and leaving with _____ Nancy Dougherty _____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, ___2___ true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of ___40___ dollars; That said service

was made pursuant to Section __303 Limited Liability Company Law__ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served:  Approx. Age: __55-60__  Approx. Wt: __130lbs__  Approx. Ht: __5'3"__

Color of skin: __White__  Hair color: __Black__  Sex: __Female__  Other: _____

Sworn to before me on this

_26th_ day of _____ July, 2018 _____

SCOTT SCHUSTER                                        James Perone
NOTARY PUBLIC, State of New York                     **Attny's File No.**
NO. 01SC6308636, Albany County
Commission Expires July 28, 2018                      Invoice•Work Order # SP1810652

_SERVICO. INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179_

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  1:18-01080-cec                                    Purchased/Filed: July 25, 2018

STATE OF NEW YORK            U.S. BANKRUPTCY COURT                    EASTERN DISTRICT

---

*In re: Hypnotic Taxi LLC
Citibank, N.A.*                                                      Plaintiff

against

*East 65th Street Owners LLC, et al.*                                Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY            SS.:

_____ James Perone _____, being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ July 26, 2018 _____, at __11:45am__, at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons and Notice of Pretrial Conference in an Adversary Proceeding with First Amended Complaint

on

_____ Graphite Realty LLC _____, the

Defendant in this action, by delivering to and leaving with _____ Nancy Dougherty _____,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service

was made pursuant to Section __303 Limited Liability Company Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served:  Approx. Age: __55-60__    Approx. Wt: __130lbs__    Approx. Ht: __5'3"__

Color of skin: __White__    Hair color: __Black__    Sex: __Female__    Other: _____

Sworn to before me on this

__26th__  day of _____ July, 2018 _____

SCOTT SCHUSTER
NOTARY PUBLIC, State of New York
NO. 01SC6308636, Albany County
Commission Expires July 28, 2018

James Perone
Attny's File No.
Invoice-Work Order # SP1810653

*SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179*

# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  1:18-01080-cec                              Purchased/Filed: July 25, 2018

STATE OF NEW YORK          U.S. BANKRUPTCY COURT              EASTERN DISTRICT

*In re: Hypnotic Taxi LLC*
*Citibank, N.A.*                                              Plaintiff

*against*

*East 65th Street Owners LLC, et al.*                         Defendant

STATE OF NEW YORK
COUNTY OF ALBANY          SS.:

_____ James Perone _____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ July 26, 2018 _____ , at _11:45am_ , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons and Notice of Pretrial Conference in an Adversary Proceeding with First Amended Complaint

on

_____ Prince Harry Realty LLC _____ , the

Defendant in this action, by delivering to and leaving with _____ Nancy Dougherty _____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, _2_ true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of _40_ dollars; That said service

was made pursuant to Section _303 Limited Liability Company Law_ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served:  Approx. Age: _55-60_   Approx. Wt: _130lbs_   Approx. Ht: _5'3"_

Color of skin: _White_   Hair color: _Black_   Sex: _Female_   Other: _____

Sworn to before me on this

_26th_ day of _____ July, 2018 _____

SCOTT SCHUSTER
NOTARY PUBLIC, State of New York
NO. 01SC6308636, Albany County
Commission Expires July 28, 2018

James Perone
**Attny's File No.**
Invoice•Work Order # SP1810654

***SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179***

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 1:18-01080-cec                     Purchased/Filed: July 25, 2018

STATE OF NEW YORK       U.S. BANKRUPTCY COURT       EASTERN DISTRICT

---

*In re: Hypnotic Taxi LLC*                                 
*Citibank, N.A.*                                          Plaintiff

against

*East 65th Street Owners LLC, et al.*                    Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY      SS.:

_____ James Perone _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____ July 26, 2018 _____, at __11:45am__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons and Notice of Pretrial Conference in an Adversary Proceeding with First Amended Complaint

on

_____ Sulfur Realty LLC _____, the

Defendant in this action, by delivering to and leaving with _____ Nancy Dougherty _____,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __303 Limited Liability Company Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __55-60__ Approx. Wt: __130lbs__ Approx. Ht: __5'3"__

Color of skin: __White__ Hair color: __Black__ Sex: __Female__ Other: _____

Sworn to before me on this

__26th__ day of _____ July, 2018 _____

_____
SCOTT SCHUSTER
NOTARY PUBLIC, State of New York
NO. 01SC6308636, Albany County
Commission Expires July 28, 2018

_____
James Perone
Attny's File No.
Invoice•Work Order # SP1810655

*SERVICO. INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179*

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  1:18-01080-cec                                          Purchased/Filed: July 25, 2018

STATE OF NEW YORK            U.S. BANKRUPTCY COURT                        EASTERN DISTRICT

*In re: Hypnotic Taxi LLC*                                              Plaintiff
*Citibank, N.A.*

against

*East 65th Street Owners LLC, et al.*                                    Defendant

STATE OF NEW YORK
COUNTY OF ALBANY            SS.:

_____James Perone_____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____July 26, 2018_____ , at __11:45am__ , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons and Notice of Pretrial Conference in an Adversary Proceeding with First Amended Complaint

on

_____Turquoise Realty LLC_____ , the

Defendant in this action, by delivering to and leaving with _____Nancy Dougherty_____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service

was made pursuant to Section __303 Limited Liability Company Law__ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served:  Approx. Age: __55-60__   Approx. Wt: __130lbs__   Approx. Ht: __5'3"__

Color of skin: __White__   Hair color: __Black__   Sex: __Female__   Other: _____

Sworn to before me on this

__26th__ day of _____July, 2018_____

_____          _____
SCOTT SCHUSTER                                      James Perone
NOTARY PUBLIC, State of New York                    **Attny's File No.**
NO. 01SC6308638, Albany County
Commission Expires July 28, 2018              Invoice•Work Order # SP1810656

*SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179*

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  1:18-01080-cec                                          Purchased/Filed: July 25, 2018

STATE OF NEW YORK          U.S. BANKRUPTCY COURT                  EASTERN DISTRICT

_In re: Hypnotic Taxi LLC_
_Citibank, N.A._                                                     Plaintiff

against

_East 65th Street Owners LLC, et al._                                Defendant

STATE OF NEW YORK
COUNTY OF ALBANY          SS.:

_____ James Perone _____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ July 26, 2018 _____ , at _11:45am_ , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons and Notice of Pretrial Conference in an Adversary Proceeding with First Amended Complaint

on

_____ Tiger Eye Realty LLC _____ , the

Defendant in this action, by delivering to and leaving with _____ Nancy Dougherty _____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, ___2___ true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of ___40___ dollars; That said service

was made pursuant to Section ___303 Limited Liability Company Law___ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served:  Approx. Age: _55-60_   Approx. Wt: _130lbs_   Approx. Ht: _5'3"_

Color of skin: _White_   Hair color: _Black_   Sex: _Female_   Other: _____

Sworn to before me on this

_26th_ day of _____ July, 2018 _____

SCOTT SCHUSTER                                          James Perone
NOTARY PUBLIC, State of New York                        **Attny's File No.**
NO. 01SC6308636, Albany County
Commission Expires July 28, 2018                        Invoice•Work Order # SP1810657

**SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179**

# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  1:18-01080-cec                                      Purchased/Filed: July 25, 2018

STATE OF NEW YORK          U.S. BANKRUPTCY COURT                    EASTERN DISTRICT

_____

*In re: Hypnotic Taxi LLC*
*Citibank, N.A.*                                                        Plaintiff

against

*East 65th Street Owners LLC, et al.*                                    Defendant

_____

STATE OF NEW YORK          SS.:
COUNTY OF ALBANY

_____James Perone_____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____July 26, 2018_____ , at __11:45am__ , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons and Notice of Pretrial Conference in an Adversary Proceeding with First Amended Complaint

on

_____Zinc Realty, LLC_____ , the

Defendant in this action, by delivering to and leaving with _____Nancy Dougherty_____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service

was made pursuant to Section __303 Limited Liability Company Law__ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served:  Approx. Age: __55-60__  Approx. Wt: __130lbs__  Approx. Ht: __5'3"__

Color of skin: __White__   Hair color: __Black__   Sex: __Female__   Other: _____

Sworn to before me on this

__26th__ day of _____July, 2018_____

SCOTT SCHUSTER
NOTARY PUBLIC, State of New York
NO. 01SC6308636, Albany County
Commission Expires July 28, 2018

James Perone
Attny's File No.
Invoice•Work Order # SP1810658

*SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179*

# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #   1:18-01080-cec                                    Purchased/Filed: July 25, 2018

STATE OF NEW YORK          U.S. BANKRUPTCY COURT                    EASTERN DISTRICT

In re: Hypnotic Taxi LLC
Citibank, N.A.                                                          Plaintiff

against

East 65th Street Owners LLC, et al.                                    Defendant

STATE OF NEW YORK
COUNTY OF ALBANY          SS.:

_____ James Perone _____, being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ July 26, 2018 _____, at ___11:45am___, at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons and Notice of Pretrial Conference in an Adversary Proceeding with First Amended Complaint
                                                                                              on

_____ Alexandrite Realty Corp. _____, the

Defendant in this action, by delivering to and leaving with _____ Nancy Dougherty _____,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, ___2___ true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of ___40___ dollars; That said service

was made pursuant to Section ___306 Business Corporation Law___ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served:  Approx. Age: ___55-60___   Approx. Wt: ___130lbs___   Approx. Ht: ___5'3"___

Color of skin: ___White___   Hair color: ___Black___   Sex: ___Female___   Other: _____

Sworn to before me on this

___26th___ day of _____ July, 2018 _____

SCOTT SCHUSTER
NOTARY PUBLIC, State of New York
NO. 01SC6306836, Albany County
Commission Expires July 28, 2018

_____
James Perone
Attny's File No.
Invoice•Work Order # SP1810659

*SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179*

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 1:18-01080-cec                                      Purchased/Filed: July 25, 2018

STATE OF NEW YORK            U.S. BANKRUPTCY COURT            EASTERN DISTRICT

In re: Hypnotic Taxi LLC
Citibank, N.A.                                                                    Plaintiff

against

East 65th Street Owners LLC, et al.                                          Defendant

STATE OF NEW YORK
COUNTY OF ALBANY              SS.:

_____ James Perone _____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ July 26, 2018 _____ , at __11:45am__ , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons and Notice of Pretrial Conference in an Adversary Proceeding with First Amended Complaint

on

_____ Almaz Realty Corp. _____ , the

Defendant in this action, by delivering to and leaving with _____ Nancy Dougherty _____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service

was made pursuant to Section __306 Business Corporation Law__ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served:  Approx. Age: __55-60__    Approx. Wt: __130lbs__    Approx. Ht: __5'3"__

Color of skin: __White__    Hair color: __Black__    Sex: __Female__    Other: _____

Sworn to before me on this

__26th__ day of _____ July, 2018 _____

_____
SCOTT SCHUSTER
NOTARY PUBLIC, State of New York
NO. 01SC6308838, Albany County
Commission Expires July 28, 2018

_____
James Perone
Attny's File No.
Invoice•Work Order # SP1810660

*SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179*

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #   1:18-01080-cec                                              Purchased/Filed: July 25, 2018

STATE OF NEW YORK            U.S. BANKRUPTCY COURT                    EASTERN DISTRICT

In re: Hypnotic Taxi LLC
Citibank, N.A.                                                        Plaintiff

against

East 65th Street Owners LLC, et al.                                  Defendant

STATE OF NEW YORK
COUNTY OF ALBANY          SS.:

_____ James Perone _____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ July 26, 2018 _____ , at   11:45am  , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons and Notice of Pretrial Conference in an Adversary Proceeding with First Amended Complaint

on

_____ Bloodstone Realty Corp. _____ , the

Defendant in this action, by delivering to and leaving with _____ Nancy Dougherty _____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York,     2    true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of     40    dollars; That said service

was made pursuant to Section   306 Business Corporation Law  .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served:  Approx. Age:   55-60    Approx. Wt:   130lbs    Approx. Ht:   5'3"

Color of skin:   White    Hair color:   Black    Sex:  Female    Other: _____

Sworn to before me on this

  26th   day of _____ July, 2018 _____

SCOTT SCHUSTER
NOTARY PUBLIC, State of New York
NO. 01SC8308836, Albany County
Commission Expires July 28, 2018

James Perone
Attny's File No.
Invoice•Work Order # SP1810661

SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  1:18-01080-cec                                    Purchased/Filed: July 25, 2018

STATE OF NEW YORK            U.S. BANKRUPTCY COURT                    EASTERN DISTRICT

---

*In re: Hypnotic Taxi LLC*
*Citibank, N.A.*                                                          Plaintiff

against

*East 65th Street Owners LLC, et al.*                                    Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY          SS.:

_____ James Perone _____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ July 26, 2018 _____ , at ___11:45am___ , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

    Summons and Notice of Pretrial Conference in an Adversary Proceeding with First Amended Complaint

                                                                              on

_____ Bull Consulting Inc. _____ , the

Defendant in this action, by delivering to and leaving with _____ Nancy Dougherty _____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, ___2___ true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of ___40___ dollars; That said service

was made pursuant to Section ___306 Business Corporation Law___ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served:  Approx. Age: ___55-60___  Approx. Wt: ___130lbs___  Approx. Ht: ___5'3"___

Color of skin: ___White___   Hair color: ___Black___   Sex: ___Female___   Other: _____

Sworn to before me on this

___26th___ day of _____ July, 2018 _____

_____                         _____
SCOTT SCHUSTER                                          James Perone
NOTARY PUBLIC, State of New York                        **Attny's File No.**
NO. 01SC6308636, Albany County
Commission Expires July 28, 2018                Invoice•Work Order # SP1810662

*SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179*

# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  1:18-01080-cec                                                    Purchased/Filed: July 25, 2018

STATE OF NEW YORK            U.S. BANKRUPTCY COURT                         EASTERN DISTRICT

*In re: Hypnotic Taxi LLC*
*Citibank, N.A.*                                                          Plaintiff

against

*East 65th Street Owners LLC, et al.*                                     Defendant

STATE OF NEW YORK              SS.:
COUNTY OF ALBANY

_____ James Perone _____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ July 26, 2018 _____ , at ___ 11:45am ___ , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons and Notice of Pretrial Conference in an Adversary Proceeding with First Amended Complaint

on

_____ Coral Realty Corp. _____ , the

Defendant in this action, by delivering to and leaving with _____ Nancy Dougherty _____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, ___ 2 ___ true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of ___ 40 ___ dollars; That said service

was made pursuant to Section ___ 306 Business Corporation Law ___ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served:  Approx. Age: ___ 55-60 ___  Approx. Wt: ___ 130lbs ___  Approx. Ht: ___ 5'3" ___

Color of skin: ___ White ___  Hair color: ___ Black ___  Sex: ___ Female ___  Other: _____

Sworn to before me on this

___ 26th ___ day of _____ July, 2018 _____

SCOTT SCHUSTER
NOTARY PUBLIC, State of New York
NO. 01SC6308638, Albany County
Commission Expires July 28, 2018

                                                              James Perone
                                                              Attny's File No.
                                                              Invoice•Work Order # SP1810663

*SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179*

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #   1:18-01080-cec                                    Purchased/Filed: July 25, 2018

STATE OF NEW YORK          U.S. BANKRUPTCY COURT                    EASTERN DISTRICT

In re: Hypnotic Taxi LLC
Citibank, N.A.                                                              Plaintiff

against

East 65th Street Owners LLC, et al.                                        Defendant

STATE OF NEW YORK
COUNTY OF ALBANY          SS.:

_____ James Perone _____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ July 26, 2018 _____ , at __11:45am__ , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons and Notice of Pretrial Conference in an Adversary Proceeding with First Amended Complaint

on

_____ Denga Realty Corp. _____ , the

Defendant in this action, by delivering to and leaving with _____ Nancy Dougherty _____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service

was made pursuant to Section __306 Business Corporation Law__ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served: Approx. Age: __55-60__   Approx. Wt: __130lbs__   Approx. Ht: __5'3"__

Color of skin: __White__   Hair color: __Black__   Sex: __Female__   Other: _____

Sworn to before me on this

__26th__ day of _____ July, 2018 _____

_____            _____
SCOTT SCHUSTER                                          James Perone
NOTARY PUBLIC, State of New York                        **Attny's File No.**
NO. 01SC6308636, Albany County
Commission Expires July 28, 2018                        Invoice•Work Order # SP1810664

*SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179*

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  1:18-01080-cec                                    Purchased/Filed: July 25, 2018

STATE OF NEW YORK          U.S. BANKRUPTCY COURT              EASTERN DISTRICT

*In re: Hypnotic Taxi LLC*
*Citibank, N.A.*                                    Plaintiff

against

*East 65th Street Owners LLC, et al.*                 Defendant

STATE OF NEW YORK
COUNTY OF ALBANY          SS.:

_____ James Perone _____, being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ July 26, 2018 _____, at _ 11:45am _, at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons and Notice of Pretrial Conference in an Adversary Proceeding with First Amended Complaint

on

_____ Dylan Realty Corp. _____, the

Defendant in this action, by delivering to and leaving with _____ Nancy Dougherty _____,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, __ 2 __ true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of __ 40 __ dollars; That said service

was made pursuant to Section _ 306 Business Corporation Law _.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served: Approx. Age: _ 55-60 _  Approx. Wt: _ 130lbs _  Approx. Ht: _ 5'3" _

Color of skin: _ White _   Hair color: _ Black _   Sex: _ Female _   Other: _____

Sworn to before me on this

_ 26th _ day of _____ July, 2018 _____

_____                        _____
SCOTT SCHUSTER                                      James Perone
NOTARY PUBLIC, State of New York                    **Attny's File No.**
NO. 01SC6308636, Albany County                      Invoice•Work Order # SP1810665
Commission Expires July 28, 2018

***SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179***

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  1:18-01080-cec                                    Purchased/Filed: July 25, 2018

STATE OF NEW YORK          U.S. BANKRUPTCY COURT          EASTERN DISTRICT

*In re: Hypnotic Taxi LLC*
*Citibank, N.A.*                                              Plaintiff

against

*East 65th Street Owners LLC, et al.*                        Defendant

STATE OF NEW YORK
COUNTY OF ALBANY          SS.:

_____James Perone_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____July 26, 2018_____, at __11:45am__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons and Notice of Pretrial Conference in an Adversary Proceeding with First Amended Complaint

on

_____Granat Realty Corp_____, the Defendant in this action, by delivering to and leaving with _____Nancy Dougherty_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: __55-60__   Approx. Wt: __130lbs__   Approx. Ht: __5'3"__
Color of skin: __White__   Hair color: __Black__   Sex: __Female__   Other: _____

Sworn to before me on this

__26th__ day of _____July, 2018_____

SCOTT SCHUSTER
NOTARY PUBLIC, State of New York
NO. 01SC6308636, Albany County
Commission Expires July 28, 2018

James Perone
Attny's File No.
Invoice•Work Order # SP1810666

*SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179*

# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  1:18-01080-cec                                        Purchased/Filed: July 25, 2018

STATE OF NEW YORK          U.S. BANKRUPTCY COURT                    EASTERN DISTRICT

---

*In re: Hypnotic Taxi LLC*
*Citibank, N.A.*                                                              Plaintiff

against

*East 65th Street Owners LLC, et al.*                                    Defendant

---

STATE OF NEW YORK          SS.:
COUNTY OF ALBANY

_____ James Perone _____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ July 26, 2018 _____ , at _11:45am_ , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons and Notice of Pretrial Conference in an Adversary Proceeding with First Amended Complaint

on

_____ Izumrud Realty Corp. _____ , the

Defendant in this action, by delivering to and leaving with _____ Nancy Dougherty _____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, _2_ true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of _40_ dollars; That said service

was made pursuant to Section _306 Business Corporation Law_ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served:  Approx. Age: _55-60_   Approx. Wt: _130_lbs   Approx. Ht: _5'3"_

Color of skin: _White_   Hair color: _Black_   Sex: _Female_   Other: _____

Sworn to before me on this

_26th_ day of _____ July, 2018 _____

SCOTT SCHUSTER
NOTARY PUBLIC, State of New York
NO. 01SC6308636, Albany County
Commission Expires July 28, 2018

James Perone
Attny's File No.
Invoice•Work Order # SP1810667

*SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179*

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  1:18-01080-cec                                    Purchased/Filed: July 25, 2018

STATE OF NEW YORK          U.S. BANKRUPTCY COURT                    EASTERN DISTRICT

_In re: Hypnotic Taxi LLC_
_Citibank, N.A._                                                              Plaintiff

against

_East 65th Street Owners LLC, et al._                                          Defendant

STATE OF NEW YORK
COUNTY OF ALBANY              SS.:

_____James Perone_____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____July 26, 2018_____ , at __11:45am__ , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons and Notice of Pretrial Conference in an Adversary Proceeding with First Amended Complaint
                                                                                      on

_____Quartz Realty Corp._____ , the

Defendant in this action, by delivering to and leaving with _____Nancy Dougherty_____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service

was made pursuant to Section __306 Business Corporation Law__ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served:  Approx. Age: __55-60__    Approx. Wt: __130lbs__   Approx. Ht: __5'3"__

Color of skin: __White__   Hair color: __Black__   Sex: __Female__   Other: _____

Sworn to before me on this

__26th__ day of _____July, 2018_____

SCOTT SCHUSTER
NOTARY PUBLIC, State of New York
NO. 01SC6308636, Albany County
Commission Expires July 28, 2018

James Perone
**Attny's File No.**
Invoice•Work Order # SP1810668

_SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179_

# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #   1:18-01080-cec                                              Purchased/Filed: July 25, 2018

STATE OF NEW YORK              U.S. BANKRUPTCY COURT              EASTERN DISTRICT

_In re: Hypnotic Taxi LLC_
_Citibank, N.A._                                                                      Plaintiff

against

_East 65th Street Owners LLC, et al._                                          Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY              SS.:

_____James Perone_____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____July 26, 2018_____ , at __11:45am__ , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons and Notice of Pretrial Conference in an Adversary Proceeding with First Amended Complaint

on

_____Zhemchug Realty Corp. a/k/a Zemchug Realty Corp._____ , the

Defendant in this action, by delivering to and leaving with _____Nancy Dougherty_____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service

was made pursuant to Section __306 Business Corporation Law__ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served:  Approx. Age: __55-60__   Approx. Wt: __130lbs__   Approx. Ht: __5'3"__

Color of skin: __White__   Hair color: __Black__   Sex: __Female__   Other: _____

Sworn to before me on this

__26th__ day of _____July, 2018_____

SCOTT SCHUSTER
NOTARY PUBLIC, State of New York
NO. 01SC6308636, Albany County
Commission Expires July 28, 2018

James Perone
**Attny's File No.**
Invoice•Work Order # SP1810669

_SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179_

# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  1:18-01080-cec                                              Purchased/Filed: July 25, 2018

STATE OF NEW YORK          U.S. BANKRUPTCY COURT                     EASTERN DISTRICT

---

*In re: Hypnotic Taxi LLC*
*Citibank, N.A.*                                                     Plaintiff

against

*East 65th Street Owners LLC, et al.*                               Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY          SS.:

_____ James Perone _____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ July 26, 2018 _____ , at ___11:45am___ , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons and Notice of Pretrial Conference in an Adversary Proceeding with First Amended Complaint

on

_____ Zoloto Realty Corp. _____ , the

Defendant in this action, by delivering to and leaving with _____ Nancy Dougherty _____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, ___2___ true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of ___40___ dollars; That said service

was made pursuant to Section ___306 Business Corporation Law___ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served:  Approx. Age: ___55-60___  Approx. Wt: ___130lbs___  Approx. Ht: ___5'3"___

Color of skin: ___White___  Hair color: ___Black___  Sex: ___Female___  Other: _____

Sworn to before me on this

___26th___ day of _____ July, 2018 _____

SCOTT SCHUSTER
NOTARY PUBLIC, State of New York
NO. 01SC6308636, Albany County
Commission Expires July 28, 2018

James Perone
**Attny's File No.**
Invoice•Work Order # SP1810670

*SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179*

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  1:18-01080-cec                                          Purchased/Filed: July 25, 2018

STATE OF NEW YORK              U.S. BANKRUPTCY COURT                EASTERN DISTRICT

_In re: Hypnotic Taxi LLC_
_Citibank, N.A._                                                Plaintiff ·

against

_East 65th Street Owners LLC, et al._                            Defendant

STATE OF NEW YORK
COUNTY OF ALBANY              SS.:

_____James Perone_____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____July 26, 2018_____ , at __11:45am__ , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons and Notice of Pretrial Conference in an Adversary Proceeding with First Amended Complaint

on

_____43-05 Vernon Boulevard, LLC_____ , the

Defendant in this action, by delivering to and leaving with _____Nancy Dougherty_____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service

was made pursuant to Section __303 Limited Liability Company Law__ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served:  Approx. Age: __55-60__  Approx. Wt: __130lbs__  Approx. Ht: __5'3"__

Color of skin: __White__   Hair color: __Black__   Sex: __Female__   Other: _____

Sworn to before me on this

__26th__ day of _____July, 2018_____

SCOTT SCHUSTER
NOTARY PUBLIC, State of New York
NO. 01SC6308636, Albany County
Commission Expires July 28, 2018

James Perone
**Attny's File No.**
Invoice•Work Order # SP1810671

_SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179_

**ZEICHNER ELLMAN & KRAUSE LLP**
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 223-0400
Facsimile: (212) 753-0396
Nathan Schwed
Jantra Van Roy
Robert Guttmann

*Attorneys for Citibank, N.A.*

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| HYPNOTIC TAXI LLC, *et al.*, | Case No. 15-43300 (CEC) |
| Debtors. | (Jointly Administered) |
| CITIBANK, N.A., | |
| Plaintiff, | |
| - against - | Adv. No. 18-01080 (CEC) |
| EAST 65TH STREET OWNERS LLC, et al | AFFIDAVIT OF SERVICE |
| Defendants. | |

STATE OF NEW YORK,
COUNTY OF NEW YORK.

Michael W. Antonivich, being duly sworn, deposes and says: I am over the

age of eighteen and am not a party to this action, and reside in Nassau County, New York.

On July 30, 2018 at approximately 11:55 a.m. I served a true copy of the

within **SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN**

**ADVERSARY PROCEEDING WITH FIRST AMENDED COMPLAINT** on

defendant **Ellen M. Walker and Ethan Gerber as Trustees under 136 East 65th**

**Street Irrevocable Residence Trust UA Dated October 28, 2010** by personally leaving same with a person of suitable age and discretion at Trustee Ellen M. Walker's business address, to wit:  Rosie Lindsay at Granoff Walker & Forlenza, P.C. at 747 Third Avenue, 4th Floor, New York, New York, 10017.

Ms. Lindsay is a black female with black hair who was sitting at the reception desk.  She is approximately 52 years of age, weighs approximately 150 pounds and was sitting at the time of service.

In addition On July 30, 2018 I served a true copy of the within documents upon the party hereinafter named at the place hereinafter stated and set below her name by depositing the same, properly enclosed in a post-paid, properly addressed wrapper, marked personal and confidential and not indicating it was coming from an attorney, in an official depository under the exclusive care and custody of the United States Post Office Department within the City and State of New York, directed to said party at the address given below:

Ellen Walker
Granoff Walker & Forlenza, P.C.
747 Third Avenue, 4th Floor
New York, New York 10017

Michael W. Antonivich

Sworn to before me on this
30th day of July, 2018

Notary Public

KAREN C. JOSEPH
Notary Public, State of New York
No. 01JO5054719
Qualified in Nassau County
Commission Expires Jan. 22, 20__

**ZEICHNER ELLMAN & KRAUSE LLP**
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 223-0400
Facsimile: (212) 753-0396
Nathan Schwed
Jantra Van Roy
Robert Guttmann

*Attorneys for Citibank, N.A.*

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>HYPNOTIC TAXI LLC, *et al.*,<br><br>                         Debtors.<br>------------------------------------------------------------<br>CITIBANK, N.A.,<br><br>                   Plaintiff,<br><br>       - against -<br><br>EAST 65TH STREET OWNERS LLC, et al<br><br>                 Defendants. | Chapter 11<br><br>Case No. 15-43300 (CEC)<br><br>(Jointly Administered)<br><br><br>Adv. No. 18-01080 (CEC)<br><br><u>AFFIDAVIT OF SERVICE</u> |

STATE OF NEW YORK,
COUNTY OF NEW YORK.

Michael W. Antonivich, being duly sworn, deposes and says: I am over the age of eighteen and am not a party to this action, and reside in Nassau County, New York.

On July 30, 2018 at approximately 11:55 a.m. I served a true copy of the within **SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN ADVERSARY PROCEEDING WITH FIRST AMENDED COMPLAINT** on defendant **Ellen M. Walker and Mamed Dzhaniyev as Trustees under 200 East 66th**

**St. Residence Trust UA 6/15/08** by personally leaving same with a person of suitable age and discretion at Trustee Ellen M. Walker's business address, to wit:  Rosie Lindsay at Granoff Walker & Forlenza, P.C. at 747 Third Avenue, 4th Floor, New York, New York, 10017.

Ms. Lindsay is a black female with black hair who was sitting at the reception desk.  She is approximately 52 years of age, weighs approximately 150 pounds and was sitting at the time of service.

In addition On July 30, 2018 I served a true copy of the within documents upon the party hereinafter named at the place hereinafter stated and set below her name by depositing the same, properly enclosed in a post-paid, properly addressed wrapper, marked personal and confidential and not indicating it was coming from an attorney, in an official depository under the exclusive care and custody of the United States Post Office Department within the City and State of New York, directed to said party at the address given below:

Ellen Walker
Granoff Walker & Forlenza, P.C.
747 Third Avenue, 4th Floor
New York, New York 10017

_____
Michael W. Antonivich

Sworn to before me on this
30th day of July, 2018

_____
Notary Public

KAREN C. JOSEPH
Notary Public, State of New York
No. 01JO5054719.
Qualified in Nassau County
Commission Expires Jan. 22, 20___

**ZEICHNER ELLMAN & KRAUSE LLP**
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 223-0400
Facsimile: (212) 753-0396
Nathan Schwed
Jantra Van Roy
Robert Guttmann

*Attorneys for Citibank, N.A.*

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>HYPNOTIC TAXI LLC, *et al.*,<br><br>                        Debtors.<br>------------------------------------------------------<br>CITIBANK, N.A.,<br><br>                     Plaintiff,<br><br>          - against -<br><br>EAST 65TH STREET OWNERS LLC, et al<br><br>                 Defendants. | Chapter 11<br><br>Case No. 15-43300 (CEC)<br><br>(Jointly Administered)<br><br><br>Adv. No. 18-01080 (CEC)<br><br><br>AFFIDAVIT OF SERVICE |

STATE OF NEW YORK,
COUNTY OF NEW YORK.

        Michael W. Antonivich, being duly sworn, deposes and says: I am over the age of eighteen and am not a party to this action, and reside in Nassau County, New York.

        On July 30, 2018 at approximately 11:55 a.m. I served a true copy of the within **SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN ADVERSARY PROCEEDING WITH FIRST AMENDED COMPLAINT** on defendant **Ellen M. Walker and Ethan Gerber as Trustees under 108 Halsey Street**

**Irrevocable Residence Trust UA Dated February __, 2013** by personally leaving same with a person of suitable age and discretion at Trustee Ellen M. Walker's business address, to wit: Rosie Lindsay at Granoff Walker & Forlenza, P.C. at 747 Third Avenue, 4th Floor, New York, New York, 10017.

Ms. Lindsay is a black female with black hair who was sitting at the reception desk. She is approximately 52 years of age, weighs approximately 150 pounds and was sitting at the time of service.

In addition On July 30, 2018 I served a true copy of the within documents upon the party hereinafter named at the place hereinafter stated and set below her name by depositing the same, properly enclosed in a post-paid, properly addressed wrapper, marked personal and confidential and not indicating it was coming from an attorney, in an official depository under the exclusive care and custody of the United States Post Office Department within the City and State of New York, directed to said party at the address given below:

Ellen Walker
Granoff Walker & Forlenza, P.C.
747 Third Avenue, 4th Floor
New York, New York 10017

_____
Michael W. Antonivich

Sworn to before me on this
30th day of July, 2018

_____
Notary Public

KAREN C. JOSEPH
Notary Public, State of New York
No. 01JO6054719.
Qualified in Nassau County
Commission Expires Jan. 22, 2022